UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
BETTY OSPINA,

                Plaintiff,

-against-

BRONSON & MIGLIACCIO, LLP

                Defendants.
---------------------------------X

O R D E R

CV-06-1123 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAR 21 2006 ★

**BROOKLYN OFFICE**

An initial conference will be held in the above-captioned case on June 29, 2006 at 2:30 P.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York. In the event the complaint is answered before the above date and you would prefer a conference sooner, of if this case becomes eligible for Arbitration, please contact Magistrate Azrack's chambers at **718-613-2530**. All counsel must be present.

    **Plaintiff's counsel is requested to confirm with defendant's counsel that all necessary participants are aware of this conference**. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

    SO ORDERED.

Dated: Brooklyn, New York
       March 20, 2006

                                    s/Joan M. Azrack
                                    _____
                                    JOAN M. AZRACK
                                    UNITED STATES MAGISTRATE JUDGE